PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
Western District of Texas

## Report on Offender Under Supervision

Name of Offender: <u>Andrew Castillo</u>    Case Number: <u>A-08-CR-286(1)-SS</u>

Name of Sentencing Judicial Officer: <u>Honorable Sam Sparks, Senior United States District Judge</u>

Date of Original Sentence: <u>December 22, 2008</u>

Original Offense: <u>Possession of a Firearm by a Convicted Felon, in violations of 18 U.S.C. § 922(g)(1), and 18 U.S.C. § 924(d)</u>

Original Sentence: <u>120 months custody of the Bureau of Prisons, followed by a three (3) year term of supervised release; with special conditions for alcohol abstinence, participation in substance abuse and mental health program, financial disclosure, participation in workforce development program, no contact with members or associates of the Texas Syndicate or any street gang</u>

<u>On October 27, 2011, an Order was signed by the Court regarding a motion for sentence reduction. The offender's sentence was reduced from 120 months of imprisonment to 66 months with all other terms and provisions of the original judgment remain in effect.</u>

Type of Supervision: <u>Supervised Release</u>    Date Supervision Commenced: <u>August 5, 2019</u>

Assistant U.S. Attorney: <u>Grant Sparks</u>    Defense Attorney: <u>William H. Ibbotson (FPD)</u>

## PREVIOUS COURT ACTION

On September 25, 2020, a Report on Offender Under Supervision was submitted to the Court notifying of the offender's arrests for Driving While Intoxicated 3rd (Felony) and Possession of a Controlled Substance-Pills (Methamphetamine), State Jail Felony, in Travis County, Texas. On September 9, 2020, the offender was released on a surety bond. The probation officer recommended no action to be taken at that time to allow the officer to monitor the cases and advise the Court of the final disposition. The same date, Your Honor concurred with the probation officer's recommendation. It should be noted that Possession of a Controlled Substance-Pills (Methamphetamine) case was rejected for prosecution by Travis County District Attorney's Office on September 17, 2020. The case of Driving While Intoxicated 3rd (Felony) is still pending. On October 8, 2020, a felony warrant was issued for the offender's arrest due to the offender's non-compliance while on bond and the warrant remains outstanding. Additionally, due to said law violation, a parole warrant was issued for his arrest and remains pending.

Andrew Castillo
Report on Offender Under Supervision
Page 2

# NONCOMPLIANCE SUMMARY

**Violation of Standard Condition No. 2:** "The defendant shall report to the Probation Officer and shall submit a truthful and complete report within the first five days of each month."

**Nature of Noncompliance:** The defendant has failed to report to the probation office for the months of October, November, and December 2020.

**U.S. Probation Officer Action:** The officer's attempts to contact the defendant through phone calls and collateral contacts have been unsuccessful. The last successful phone call with the defendant was on September 10, 2020. It is respectfully recommended that no action be taken at this time, but rather allow the state authorities to execute the outstanding warrants. In the event the defendant is arrested by state authorities a 12C will be submitted to the Court requesting a warrant.

Accordingly, the Court reserves the right to revisit these allegations in the future.

Respectfully submitted,

Bartosz Szatkowski
Senior United States Probation Officer
Date: 1/11/2021

Approved: _____
Craig A. Handy, Supervising
United States Probation Officer

---

**THE COURT ORDERS:**

[X]  No Action

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

_____
Honorable Susan Hightower
United States Magistrate Judge
Date:  January 11, 2021